JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIVORNIA

| | |
|---|---|
| TAMARA BASKIN, an individual; | **Case No. CV-14-5275-RGK-SS** |
| Plaintiff, | The Hon. R. Gary Klausner |
| vs. | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| HUGHES REALTY, INC., a California corporation; | |
| Defendant. | Date complaint filed in Superior Court: June 19, 2014 |

-1-

1  Before the Court is the Joint Stipulation to remand the above-captioned matter to the Superior Court of California, County of Los Angeles. Having considered the stipulation of the Parties, and pursuant to 28 U.S.C. §1447(c), the Court finds good cause exists for granting it. Accordingly, IT IS HEREBY ORDERED that this matter is hereby remanded to the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____

Hon. R. Gary Klausner